UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82391-CIV-HURLEY/HOPKINS

HENRY KAYE,

    Plaintiff,

v.

PERSONAL INJURY FUNDING III, LP,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE AND DENYING PLAINTIFF'S MOTIONS FOR SANCTIONS

**THIS CAUSE** is before the court upon plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 11 [DE # 12], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge [DE # 15], recommending that the court deny plaintiff's motion. Plaintiff filed objections to the report and recommendation [DE # 17]. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(3), the court has reviewed *de novo* those portions of the magistrate judge's report and recommendation to which objections have been made.

Having carefully reviewed the Magistrate Judge's report and recommendation and plaintiff's objections, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1. Plaintiff's objections to the magistrate judge's report [DE # 17] are **OVERRULED**.

2. The Report and Recommendation of the United States Magistrate Judge [DE # 15] is **ADOPTED** in its entirety and incorporated herein by reference.

Order Adopting Report and Recommendation
Kaye v. Personal Injury Funding III, LP
Case No. 09-82391-CIV-HURLEY/HOPKINS

      3.      Plaintiff's motion for sanctions pursuant to Fed. R. Civ. P. 11 [DE # 12] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 3rd day of June, 2010.

                                      Daniel T. K. Hurley
                                      United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins